Matter of Reich
2026 NY Slip Op 04024
June 25, 2026
Appellate Division, Third Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

In the Matter of Perry S. Reich, a Disbarred Attorney. (Attorney Registration No. 1088582)

Decided and Entered:June 25, 2026
PM-127-26
Calendar Date: May 18, 2026
Before: Garry, P.J., Aarons, Reynolds Fitzgerald And Mackey, JJ.

Monica A. Duffy, Attorney Grievance Committee for the Third Judicial Department, Albany (Michael K. Creaser of counsel), for Attorney Grievance Committee for the Third Judicial Department.
Eric Nelson, Esq., Staten Island (Eric Nelson of counsel), for respondent.

[*1]
Motion for leave to appeal to the Court of Appeals from this Court's December 18, 2025 order denying respondent's motion for leave to renew respondent's prior motion for reinstatement to the practice of law.
Upon the papers filed in support of the motion, the papers filed in opposition thereto and the papers filed in reply, it is
ORDERED that the motion for leave to appeal is denied.
Garry, P.J., Aarons, Reynolds Fitzgerald and Mackey, JJ., concur.